**ACKERMAN, LEVINE, CULLEN, BRICKMAN & LIMMER, LLP**

*Attorneys At Law*

1010 Northern Boulevard
Suite 400
Great Neck, New York 11021
(516) 829-6900
(212) 466-6977
fax (516) 829-6966
www.ackermanlevine.com

<u>**VIA ECF**</u>

May 11, 2016

M. Judge Arlene R. Lindsey
U.S. District Court – EDNY
100 Federal Plaza
Central Islip, New York 11722

  Re: <u>**Tatiana Herdocia *et al* v. Southern Wine & Spirits of America, Inc. *et al***</u>
     **Case No. 14-CV-3196 (DRH)(ARL)**
     *Joint Status Report and Proposed Scheduling Order*

Dear Judge Lindsey:

Please be reminded that the undersigned represent the Plaintiffs in the above-referenced matter. Per the Court's order, dated May 3, 2016, all parties have conferred regarding outstanding discovery. At this time, Plaintiffs still need to depose defense witnesses. In addition, Plaintiffs intend on serving additional interrogatories and documents requests.

The parties respectfully request an extension of the discovery deadline up to and including *August 9, 2016*. In addition, if any party wishes to file a dispositive motion, a pre-motion conference letter would be due on or before *September 8, 2016*. Thank you for considering our request.


Respectfully submitted,

*Jose G. Santiago*

Jose G. Santiago, Esq.


cc: All parties via ECF.

503121.1