```
 1   UNITED STATES DISTRICT COURT
 2   EASTERN DISTRICT OF NEW YORK
 3   ------------------------------------------x
 4   TATIANA HERDOCIA and ENA SCOTT,
 5                    Plaintiffs,
 6
 7       -against-          Case No. CV 143196
 8
 9   SOUTHERN WINE & SPIRITS OF AMERICA, INC.
10   and WINE, LIQUOR & DISTILLERY WORKERS
11   UNION, LOCAL 1D,
12                    Defendants.
13   ------------------------------------------x
14            DEPOSITION OF
15            TATIANA HERDOCIA
16            SYOSSET, NEW YORK
17            MAY 20, 2015
18
19
20
21
22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24
25   REPORTED BY: RENATE REID, RPR
     FILE NO. A904F6E
```

**CERTIFIED COPY**

```
 1    hi-lo operator hired in January of 2008 is
 2    currently $21.75?
 3         A.   I don't know.
 4         Q.   $21.75 is less than you make; is that
 5    right?                                                    11:49
 6         A.   Yes.
 7         Q.   So when I asked you what would be
 8    different if you were part of the warehouse, you
 9    said you'd be paid more, you guess.
10         Do you remember that?                                11:50
11         A.   Yes.
12         Q.   What leads you to believe that?
13         A.   Our time; I've been there enough time.
14         Q.   So you believe that you've been there
15    long enough that you should just get paid more?          11:50
16         A.   No.  I mean -- we should just be
17    warehouse.  We should be classified as warehouse.
18         Q.   And you also said that you think, if
19    you were part of the warehouse, there would be
20    some difference in overtime; is that right?              11:50
21         A.   Yes.
22         Q.   What would be the overtime difference?
23         A.   We used to do it -- everything that the
24    warehouse guys did, until I filed my paperwork, we
25    filed paperwork with Jose; and then they were            11:51
```

```
                         A904F6F
              ENA SCOTT        MAY 12, 2015
```

```
 1    UNITED STATES DISTRICT COURT

 2    EASTERN DISTRICT OF NEW YORK

 3    ------------------------------------x

 4    TATIANA HERDOCIA and ENA SCOTT,

 5                    Plaintiffs,

 6

 7         -against-        Case No. CV 143196

 8

 9    SOUTHERN WINE & SPIRITS OF AMERICA, INC.

10    and WINE, LIQUOR & DISTILLERY WORKERS

11    UNION, LOCAL 1D,

12                    Defendants.

13    ------------------------------------x

14              DEPOSITION OF

15                ENA SCOTT

16             SYOSSET, NEW YORK

17               MAY 12, 2015

18

19

20

21

      ATKINSON-BAKER, INC.
22    COURT REPORTERS

23    (800) 288-3376
         www.depo.com
24
      REPORTED BY:  RENATE REID, RPR
25    FILE NO. A904F6F
```

```
 1  e-mail?
 2          A.  Yes.
 3          Q.  And what help did she provide?
 4          A.  We just sat together to type it up.
 5          Q.  Okay.  Looking at that e-mail that         15:29
 6  has -- that's from you, halfway down the page, it
 7  says, "How is it not a necessity now, when we aren't
 8  able to complete our tasks as a department?"
 9          Do you see that?
10          A.  Yes.                                       15:29
11          Q.  What are you referring to as a
12  necessity?
13          A.  I'm referring to them saying that it
14  goes by -- is it necessary or not for the person to
15  be working or not.  And our question was more of the  15:30
16  fact that if we're not able to complete all of the
17  cycle counts and get them done, how is it not
18  necessary for us to come in and do some sort of
19  overtime, when now, more than ever, we're down a
20  staff member?  Why would it be taken from us now,     15:30
21  when the rest of the warehouse is being granted
22  overtime?  Like, it wouldn't be less necessary.  It's
23  more necessary now than -- more than ever.
24          Q.  It says, "We've been working overtime
25  since we were hired."                                 15:30
```