**Santiago, Jose**

| | |
|---|---|
| **From:** | Santiago, Jose |
| **Sent:** | Friday, June 10, 2016 5:31 PM |
| **To:** | Keith R. Thorell |
| **Cc:** | 'warren mangan' |
| **Subject:** | Herdica et al. v. Southern WIne & Spirits of America, Inc. et al [ALCBL-iManage.FID188049] |
| **Attachments:** | Notice of Deposition COGNETTA - Herdocia.PDF; Notice of Deposition MARGOLIS-Herdocia.PDF; Notice of Deposition SUAREZ- Herdocia.PDF; Notice of Deposition WILKINSON - Herdocia.PDF; PL 3rd Doc Req to Def Southern - Herdicia.PDF |

Good afternoon, gentlemen.

Attached please find the following documents:

1. Plaintiff's Third Document Request to Defendant Southern Wine & Spirits of America, Inc.;
2. Second Notice of Deposition – Maria Suarez;
3. Second Notice of Deposition – Dina Wald-Margolis;
4. Second Notice of Deposition – Frank Cognetta; and
5. Second Notice of Deposition – John Wilkonson.

Please note that a hard copy will follow via regular mail as well.


Kind regards,

**Jose G. Santiago, Esq.**



1010 Northern Boulevard, Suite 400
Great Neck, NY  11021
Tel 516.829.6900
Fax 516.829.6966
jsantiago@ackermanlevine.com
http://www.ackermanlevine.com

This message and any files transmitted with it are intended only for the addressee(s). It (they) may contain confidential information and may be protected by the ATTORNEY-CLIENT PRIVILEGE or the ATTORNEY WORK PRODUCT DOCTRINE. Please do not copy or circulate this message and any files transmitted with it in error. If you have received this message in error, please notify the sender immediately by telephone or e-mail and destroy the original without making any copies.