## Santiago, Jose

| | |
|---|---|
| **From:** | Keith R. Thorell [Keith@kkks.com] |
| **Sent:** | Monday, August 15, 2016 3:05 PM |
| **To:** | Santiago, Jose |
| **Subject:** | RE: Herdocia and Scott v. Southern Wine & Spirits [ALCBL-iManage.FID188049] |

Jose,

I called you on July 27, left a voicemail for you in which I told you I was calling about this very topic and you have never returned my call.  If you will be around, I can call you at 3:30 Eastern.

KRT

---

**From:** Santiago, Jose [mailto:jsantiago@ackermanlevine.com]
**Sent:** Monday, August 15, 2016 12:03 PM
**To:** Keith R. Thorell <Keith@kkks.com>
**Subject:** RE: Herdocia and Scott v. Southern Wine & Spirits [ALCBL-iManage.FID188049]

Keith,

It's been a couple of weeks and I haven't heard back from you re: the documents I requested.  You were going to look into this and get back to me.  Thanks!

Kind regards,
**Jose G. Santiago, Esq.**



---

**From:** Keith R. Thorell [mailto:Keith@kkks.com]
**Sent:** Wednesday, July 27, 2016 12:36 PM
**To:** Santiago, Jose
**Subject:** RE: Herdocia and Scott v. Southern Wine & Spirits [ALCBL-iManage.FID188049]

Jose,

I haven't heard back yet but should do so today and will call you right after.  I have asked the client whether they have the postings that we discussed in our phone call and to send to me so that I can review and possibly produce.  I expect to get back to you today.

KRT

**From:** Santiago, Jose [mailto:jsantiago@ackermanlevine.com]
**Sent:** Wednesday, July 27, 2016 9:32 AM
**To:** Keith R. Thorell <Keith@kkks.com>
**Subject:** RE: Herdocia and Scott v. Southern Wine & Spirits [ALCBL-iManage.FID188049]

Keith,

Just following up regarding our conversation regarding documents related to issuance of overtime hours to warehouse workers. As we discussed, I need those documents in order to effectively depose defendants' witnesses.

Kind regards,
Jose G. Santiago, Esq.

**Ackerman Levine**
ACKERMAN, LEVINE, CULLEN, BRICKMAN & LIMMER, LLP
ATTORNEYS AT LAW

---

**From:** Keith R. Thorell [mailto:Keith@kkks.com]
**Sent:** Monday, July 18, 2016 5:07 PM
**To:** Santiago, Jose
**Subject:** Herdocia and Scott v. Southern Wine & Spirits

Jose,

I left you a message this morning about scheduling Maria Suarez's deposition for July 27 or 28 because she is unavailable for deposition before then. I also mentioned that I wanted to talk about scheduling John Wilkonson's deposition. Please give me a call when you have a chance so that we can finalize. Thanks.

KRT

**Keith R. Thorell, Esq.**
***KORSHAK, KRACOFF, KONG & SUGANO, L.L.P.***
*Los Angeles, Sacramento, Chicago & Miami*
1640 S. Sepulveda Blvd, Suite 520
Los Angeles, CA 90025
Tel. (310) 996-2340
Cell: (310) 717-6615
Fax (310) 996-2334
e-mail: Keith@kkks.com

IMPORTANT: The information contained in this e-mail and any attachments is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information which is exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received it in error, please notify Korshak, Kracoff, Kong & Sugano at (310) 996-2340 immediately (collect), and delete this transmission at once. Thank you.

### CONFIDENTIALITY NOTICE

This email message from the law firm of Ackerman, Levine, Cullen, Brickman & Limmer, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

### NO ELECTRONIC SIGNATURE

No name or other information in this E-mail is intended or shall be deemed to constitute an electronic signature unless otherwise expressly stated herein.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

### CONFIDENTIALITY NOTICE

This email message from the law firm of Ackerman, Levine, Cullen, Brickman & Limmer, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NO ELECTRONIC SIGNATURE

No name or other information in this E-mail is intended or shall be deemed to constitute an electronic signature unless otherwise expressly stated herein.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---