# CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 1/24/2017          TIME:  11:00 AM          TIME IN COURT:  ½ hr.

CASE: **CV 14-3196 (JMA)(ARL)**  Herdocia et al v. Southern Wine & Spirits of America, Inc. et al

APPEARANCES:        For Plaintiff:  Jose Santiago

                         For Defendant:  Keith Thorell, Warran Mangan

**FILED
CLERK**

1/24/2017 3:07 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

FTR: 11:08-11:20

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☒ Briefing schedule set for summary judgment motion:
   Moving papers served by: 3/31/2017
   Response: 4/21/2017
   Reply: 5/5/2017
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☐ status conference scheduled
- ☒ Other:  The HR director and immediate supervisor should be deposed by 2/28/2017.