UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATIANA HERDOCIA and ENA SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN WINE & SPIRITS OF AMERICA, INC, and WINE, LIQUOR & DISTILLERY WORKERS UNION, LOCAL 1-D,<br><br>Defendants. | CASE NO.: CV-14 3196 DRH ARL<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Tatiana Herdocia and Ena Scott and Defendants Southern Glazer's Wine and Spirits, LLC[1], and Wine, Liquor & Distillery Workers Union Local 1-D, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: May 11, 2017

For Plaintiffs Tatiana Herdocia and Ena Scott,

_____
Jose G. Santiago
MCLAUGHLIN & STERN, LLP
1010 Northern Boulevard, Suite 400
Great Neck, NY 11021
(516) 829-6900
isantiago@mclaughlinstern.com

---

[1] Southern Glazer's Wine and Spirits, LLC and Southern Wine & Spirits of America, Inc. are the same entity. Southern Glazer's Wine and Spirits, LLC is simply the new name of Southern Wine & Spirits of America, Inc. They are two names for the same entity.

1

Dated: May 11, 2017                    For Defendant Southern Glazer's Wine and Spirits, LLC,


                                       /s/ Keith R. Thorell
                                       Keith R. Thorell, *pro hac vice*
                                       KORSHAK, KRACOFF, KONG & SUGANO, LLP
                                       1640 S. Sepulveda Blvd., Suite 520
                                       Los Angeles, CA 90025
                                       (310) 996-2340
                                       Keith@kkks.com

Dated: May 11, 2017                    For Defendant Wine, Liquor & Distillery Workers Union Local 1-D,


                                       /s/ J. Warren Mangan
                                       J. Warren Mangan, Esq. (8879)
                                       271 North Avenue, Suite 206
                                       New Rochelle, NY 10801
                                       (914) 576-7630, Ext. 15
                                       (914) 576-7682 - fax
                                       ocmlawyers@aol.com